IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RONALD ROBINSON, | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No: 5:18-cv-00503-OLG-RBF |
| RWLS, LLC D/B/A RENEGADE SERVICES, | ) |
|       Defendant. | ) |

## ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE RICHARD B. FARRER:

The parties, through the undersigned counsel, file this joint Alternative Dispute Resolution report pursuant to Local Rule CV-88 and this Honorable Court's September 27, 2018 Scheduling Order [ECF 135] (the "Order"), averring as follows:

1. **Status of Settlement Negotiations**: Plaintiff's collective action Fair Labor Standards Act ("FLSA") claims and individual FLSA claims were included as part of the underlying collective action settlement, the scope of which is currently being negotiated/drafted among the parties. Should the parties finalize and execute the underlying collective action settlement, Plaintiff's individual claims will be dismissed. If the underlying collective action settlement is not finalized and executed, the parties intend to proceed with discovery forthwith in order to better entertain settlement discussions.

2. **Identity of the Persons Responsible for Settlement Negotiations for Each Party**:

    (a)     For Plaintiff: Ronald Robinson and his counsel of record.

    (b)     The Defendant: Steve Gray and counsel of record for Defendant.

3. <u>Alternative Dispute Resolution</u>: Assuming the underlying collective action settlement is not finalized and executed, the parties agree that, after discovery has been conducted, this case is appropriate for mediation similar to the underlying collective action. The mediation will occur prior to the September 20, 2019 deadline set forth in Paragraph 7 of the Order. The parties have not yet discussed a mediator, but depending upon availability, have agreed to select one of the following: the Honorable Elizabeth S. ("Betsy") Chestney (who mediated the underlying collective action), Hunter Hughes, Esquire, or Dennis Clifford, Esquire. The mediation fees will be split equally among the parties.

Date: April 23, 2019

/s/ Travis Gasper
J. Derek Braziel
Texas Bar No. 00793380
jdbraziel@l-b-law.com
Travis Gasper
Texas Bar No. 24096881
gasper@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, TX 75202
(214) 749-1400 (phone)
(214) 749-1010 (fax)
www.overtimelawyer.com

Jack Siegel
Texas Bar No. 24070621
jack@siegellawgroup.biz
**SIEGEL LAW GROUP PLLC**
2820 McKinnon, Suite 5009
Dallas, Texas 75201
Phone: 214-790-4454
www.4overtimelawyer.com

Clif Alexander
Texas Bar No. 24064805
clif@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401

Respectfully submitted,

/s/ Christian C. Antkowiak
Christian C. Antkowiak (PA 209231)
christian.antkowiak@bipc.com
Curtis M. Schaffner (PA 311274, *pro hac*)
curtis.schaffner@bipc.com
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Phone: 412-562-8800
Fax:    412-562-1041

Brian S. Walsh (TX 24045276)
The Law Offices of Brian S. Walsh
516 Ave. H
Levelland, Texas 79336
Phone: 806-894-1541
Fax: 806-894-1543

*Counsel for Defendant*

(361) 452-1279 (phone)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a copy of the foregoing and that the Court's Electronic Filing System will provide notice of this filing to counsel of record for all parties.

*/s/ Christian C. Antkowiak*
Christian C. Antkowiak